IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

RECEVIED
SEP 1 4 2010
Bookman & Helm, LLP

FLOYD HOLMAN,
      Plaintiff(s),

vs.

LOUIS L. KRALICK, M.D. and
GALEN HOSPITAL ALASKA, INC. d/b/a
ALASKA REGIONAL HOSPITAL,
      Defendant(s).

CASE NO. 3AN-10-10373 CI

AMENDED
SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: LOUIS L. KRALICK, M.D.

You are hereby summoned and required to file with the court a written answer to the First Amended complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Richard A. Helm, whose address is: Bookman & Helm, LLP 471 W. 36th Ave., Suite 204, Anchorage, AK 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Rindner and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

9-13-10
Date

By: Debbi Ruckle
Deputy Clerk

I certify that on 9-13-10 a copy of this Summons was [X] mailed [ ] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

FLOYD HOLMAN,
    Plaintiff,

vs.

LOUIS L. KRALICK, M.D.,
    Defendant.

Case No. 3AN-10-10373CI

## COMPLAINT

Plaintiff, Floyd Holman, alleges,

1. Plaintiff is a resident of Denver, Colorado.

2. Defendant, Louis L. Kralick, M.D., is a physician specializing in neurosurgery, licensed by the state of Alaska and practicing in Anchorage, Alaska.

3. On September 12, 2008, plaintiff was admitted to Providence Alaska Medical Center in Anchorage, Alaska for treatment of an infection.

4. On September 19, 2008, defendant performed surgery on plaintiff, fusing the C-5 and C-6 vertebrae.

5. This surgery should not have been performed and it was performed negligently.

6. As a result of the surgery, plaintiff is unable to care for himself, is unable to work and suffers both physically and mentally.

WHEREFORE, plaintiff asks that he be awarded judgment against defendant for his injuries in an amount to be proved at trial, for his costs, interest, attorneys' fees and such other relief as the Court may deem just.

DATED at Anchorage, Alaska this ____ day of September, 2010.

BOOKMAN & HELM, LLP
Attorneys for Plaintiff, Floyd Holman

By: _____
Richard A. Helm
Alaska Bar # 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

FLOYD HOLMAN,

    Plaintiff,

vs.

LOUIS L. KRALICK, M.D. and
GALEN HOSPITAL ALASKA, INC. d/b/a
ALASKA REGIONAL HOSPITAL,

    Defendants.

Case No. 3AN-10-10373 CI

## FIRST AMENDED COMPLAINT

Plaintiff, Floyd Holman, alleges,

1. Plaintiff is a resident of Denver, Colorado.

2. Defendant, Louis L. Kralick, M.D., is a physician specializing in neurosurgery, licensed by the state of Alaska and practicing in Anchorage, Alaska.

3. Defendant, Galen Hospital Alaska, Inc., is a foreign corporation doing business in Alaska, with its principal place of business in Alaska, doing business as Alaska Regional Hospital.

4. On September 12, 2008, plaintiff reported to the emergency department at Alaska Regional Hospital, in Anchorage, Alaska complaining of pain in his neck.

5. At Alaska Regional Hospital, plaintiff was misdiagnosed and sent home with pain pills, when he was suffering from a life threatening infection.

6. On September 13, 2008, plaintiff was admitted to Providence Alaska Medical Center in Anchorage, Alaska for treatment of an infection.

7. On September 19, 2008, defendant performed surgery on plaintiff, fusing the C-5 and C-6 vertebrae.

8. This surgery should not have been performed and it was performed negligently.

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

9. As a result of the misdiagnosis and surgery, plaintiff is unable to care for himself, is unable to work and suffers both physically and mentally.

WHEREFORE, plaintiff asks that he be awarded judgment against defendants for his injuries in an amount to be proved at trial, for his costs, interest, attorneys' fees and such other relief as the Court may deem just.

DATED at Anchorage, Alaska this _10_ day of September, 2010.

BOOKMAN & HELM, LLP
Attorneys for Plaintiff, Floyd Holman

By: _/s/ Richard A. Helm_
Richard A. Helm
Alaska Bar # 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

Amended Complaint
*Holman v. Kralick, et al.*
Case No. 3AN-10-09731CI
Case 3:11-cv-00137-TMB   Document 1-2   Filed 06/30/11   Page 4 of 7

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

LLOYD HOLMAN, Personal Representative of )
the Estate of Floyd Raymond Holman, )
        Plaintiff, )
vs. )
LOUIS L. KRALICK, M.D. and )
GALEN HOSPITAL ALASKA, INC. d/b/a )
ALASKA REGIONAL HOSPITAL, )
        Defendants. )

Case No. 3AN-10-10373 CI



## SECOND AMENDED COMPLAINT

Plaintiff, Lloyd Holman, Personal Representative of the Estate of Floyd Holman, alleges,

1. Plaintiff is the Personal Representative of the Estate of Floyd Raymond Holman.

2. Defendant, Louis L. Kralick, M.D., is a physician specializing in neurosurgery, licensed by the state of Alaska and practicing in Anchorage, Alaska.

3. Defendant, Galen Hospital Alaska, Inc., is a foreign corporation doing business in Alaska, with its principal place of business in Alaska, doing business as Alaska Regional Hospital.

4. On September 12, 2008, Floyd R. Holman reported to the emergency department at Alaska Regional Hospital, in Anchorage, Alaska complaining of pain in his neck.

5. At Alaska Regional Hospital, Floyd Holman was misdiagnosed and sent home with pain pills, when he was suffering from a life threatening infection.

6. On September 13, 2008, Floyd Holman was admitted to Providence Alaska Medical Center in Anchorage, Alaska for treatment of an infection.

7. On September 19, 2008, defendant, Louis L. Kralick, M.D., performed surgery on Floyd Holman, fusing the C-5 and C-6 vertebrae.

8. This surgery should not have been performed and it was performed negligently.

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

9. As a result of the misdiagnosis and surgery, Floyd Holman was unable to care for himself, unable to work and suffered both physically and mentally. This condition led to his untimely death.

10. This case is brought pursuant to AS 09.55.570 and 09.55.580, for the benefit of Floyd Holman's Estate, his spouse, children and other dependents.

WHEREFORE, plaintiff asks that the Estate be awarded judgment against defendants for its injuries and losses in an amount to be proved at trial, for its costs, interest, attorneys' fees and such other relief as the Court may deem just.

DATED at Anchorage, Alaska this 9 day of December, 2010.

BOOKMAN & HELM, LLP
Attorneys for Plaintiff, Lloyd Holman,
Personal Representative of the Estate of
Floyd Raymond Holman

By: _____
Richard A. Helm
Alaska Bar # 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

Second Amended Complaint
*Holman v. Kralick, et al.*
Case No. 3AN-10-10373 CI
Page 2 of 2

BOOKMAN & HELM, LLP
ATTORNEYS AT LAW
471 W. 36TH AVENUE, SUITE 204
ANCHORAGE, ALASKA 99503



7008 3230 0001 0560 3541

Louis L. Kralick, MD
3220 Providence Dr., Suite E3-020
Anchorage, AK 99508

*Certified/Return Receipt/Restricted*



