# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

LLOYD HOLMAN, Personal
Representative of the Estate
of Floyd Raymond Holman,
    Plaintiff,

Case Number 3:11-cv-00137-TMB

v.

LOUIS L. KRALICK, M.D. and
GALEN HOPSITAL ALASKA, INC.,
d/b/a ALASKA REGIONAL HOSPITAL,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is REMANDED to the Alaska Superior Court, Third Judicial District, Anchorage, Alaska.

APPROVED:

/s/ TIMOTHY M. BURGESS
United States District Judge

Date: August 23, 2011

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

MARVEL HANSBRAUGH
Marvel Hansbraugh,
Clerk of Court

[]{JMT2.WPT*Rev.3/03}